IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICKY NEROSS, Plaintiff,

v.

AARGON AGENCY, INC., and                    Civil Case.  No.  07-00032 MV/RLP
TRANS UNION LLC,
    Defendants,

EXPERIAN INFORMATION SOLUTIONS,             Consolidated with 07cv00033 MV/RLP
INC.  and GRANT & WEBER, INC.,
    Defendants,

ALLIED COLLECTION SERVICES, INC. and        Consolidated with 07cv00034 MV/RLP
EQUIFAX INFORMATION SERVICES, LLC.,
    Defendants.

ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration, in which he objects to identifying health care providers and signing a medical release as part of his Rule 26 required disclosures for his claims of emotional distress.  The Court has reviewed the parties' submissions and the relevant federal case law and finds that the motion is not well-taken and will be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration [Doc.  30] is denied.

IT IS SO ORDERED.

_____
Richard L.  Puglisi
United States Magistrate Judge